IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES M. RAPER, *et al*                                                                PLAINTIFFS

v.                                            Civil No. 1:18-cv-01073

MAYOR BRYAN MARTIN, *et al*                                                      DEFENDANTS

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiffs have submitted a Complaint for filing in this District, together with a request for leave to proceed *in forma pauperis*. ECF Nos. 1, 2. On January 3, 2019, Plaintiffs' Motion for Leave to Proceed *in forma pauperis* (ECF No. 2) was denied. ECF No. 7. Plaintiffs were directed to pay the filing fee of $400.00 within twenty (20) days. *Id*. Plaintiffs were informed that failure to pay the filing fee would result in dismissal of the Complaint. *Id*. More than twenty days passed and Plaintiffs have failed to pay the filing fee.

Accordingly, this Court recommends Plaintiffs' Complaint be **DISMISSED** without prejudice based on Plaintiffs' failure to pay the filing fee.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

**DATED** this **25th day of January 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE