IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES M. RAPER and
CARRIE D. RAPER                                                                                    PLAINTIFFS

v.                                              Case No. 1:18-cv-01073

BRYAN MARTIN, *et al*.                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 25, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant notes that Plaintiffs were ordered to pay the requisite filing fee by January 23, 2019, but have failed to do so. Accordingly, Judge Bryant recommends that this case be dismissed without prejudice for failure to pay the filing fee. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of February, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge